# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

**LELAND LAIDLAW,**

        Plaintiff,                    Case No. 6:13-cv-1925-ST

      v.                                          JUDGMENT

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**

        Defendant.

**STEWART, Magistrate Judge**.

      Based on the record, the Commissioner's decision is REVERSED AND REMANDED pursuant to Sentence Four of 42 USC § 405(g) for an award of benefits.

      DATED this 16th day of January, 2015.

                                                          s/ Janice M. Stewart\
                                                          Janice M. Stewart\
                                                           United States Magistrate Judge

1 – JUDGMENT