Kathryn Tassinari
Mark Manning
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LELAND LAIDLAW, ) | |
| ) | Case No. 6:13-cv-01925-ST |
| ) | |
| Plaintiff, ) | ORDER APPROVING PLAINTIFF'S |
| ) | MOTION FOR ATTORNEY FEES |
| vs. ) | PURSUANT TO 42 U.S.C. §406(b) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $ $11,080.50 for attorney fees pursuant to 42 U.S.C. §406(b).  The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 24th day of Nov, 2015.

_____
United States District Judge/Magistrate

PRESENTED BY:
Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER TO 42 U.S.C.§406(b) - 1